**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

TASHAUN DEWYANE YANCY　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
#118318

v.　　　　　　　　　　　　　4:21-cv-00588-JM-JJV

COBBS, Doctor,
Infirmary Supervisor, Pulaski County Jail; *et al.*　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his inadequate medical care claim against Defendant Cobbs in her individual capacity only.

2. Plaintiff's official capacity claim against Defendant Cobbs is DISMISSED WITHOUT PREJUDICE.

3. Defendants Ramsey and Turnkey Health are DISMISSED WITHOUT PREJUDICE.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be taken in good faith.

Dated this 30th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE