IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TASHAUN DEWYANE YANCY                                                                                    PLAINTIFF
#118318

v.                                         4:21-cv-00588-JM-JJV

COBBS, Doctor,
Infirmary Supervisor, Pulaski County Jail; *et al.*                                           DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Tashaun Dewyane Yancy ("Plaintiff") was confined in the Pulaski County Detention Facility ("PCDF") when he filed this *pro se* action pursuant to 42 U.S.C. § 1983. Soon thereafter, I granted him permission to proceed *in forma pauperis,* explained his obligation under Local Rule 5.5(c)(2) to maintain a valid address with the Clerk of Court, and advised him this case could be

1

dismissed without prejudice if he failed to do so. (Doc. 3.) Since that time, mail sent to Plaintiff at the PCDF has been returned undelivered because he is no longer there, and he has not provided an updated address to the Clerk. (Docs. 6, 9, 10.) On August 20, 2021, I ordered Plaintiff to file an updated address and a new *in forma pauperis* application regarding his financial status since his release from custody. (Doc. 7.) And, I reminded him this case would be dismissed if he failed to comply with my instructions. (*Id.*)

Plaintiff has not complied with my instructions, and the time to do so has expired. Because the Clerk does not have a valid address for Plaintiff, it would be futile to grant him an extension of time to comply with my Order. Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment would be taken in good faith.

DATED this 23rd day of September 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE