IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TASHAUN DEWYANE YANCY                                                                               PLAINTIFF
#118318

v.                                             4:21-cv-00588-JM-JJV

COBBS, Doctor,
Infirmary Supervisor, Pulaski County Jail; *et al.*                                             DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe (Doc. 11 ).  No objections have been filed, and the time to do so has passed.  After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 2) is DISMISSED without prejudice due to a lack of prosecution.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be taken in good faith.

Dated this 13th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE