**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

TASHAUN DEWYANE YANCY                                                    PLAINTIFF
#118318

v.                                       4:21-cv-00588-JM-JJV

COBBS, Doctor,
Infirmary Supervisor, Pulaski County Jail; *et al.*                        DEFENDANTS


## <u>JUDGMENT</u>

Consistent with the Orders entered today and earlier in this case (Docs. 8, 12 ), Plaintiff's

claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.   It is certified that

an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. §

1915(a)(3).

Dated this 13th day of October, 2021.


_____
UNITED STATES DISTRICT JUDGE